# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERICK DENNIS, | ) |
|         Plaintiff | ) |
| vs. | ) |
| | )  No. 1:18-cv-2302 |
| IDT CORPORATION and IDT TELECOM, INC., | ) |
|         Defendants. | ) |

## NOTICE REGARDING MEDIATION

Plaintiff Erick Dennis and Defendants IDT Corporation and IDT Telecom, Inc., by counsel and pursuant to the Court's Order of June 14, 2019 (ECF No. 50), respectfully notify the Court that the Parties submitted this dispute to non-binding mediation but were unable to reach a settlement.

DATED: September 12, 2019                                               Respectfully submitted,

/s/ Monica K. Gilroy
Monica K. Gilroy
Georgia Bar No. 427520

/s/ Travis A. Sabalewski
Travis A. Sabalewski
*Admitted Pro Hac Vice*

*Counsel for Defendants IDT Corporation and IDT Telecom, Inc.*

/s/ Henry A. Turner
Henry A. Turner
Georgia Bar No. 719310
*Counsel for Plaintiff Erick Dennis*

## FONT CERTIFICATION

The undersigned counsel for Defendants IDT Corporation and IDT Telecom, Inc. certifies that the within and foregoing **NOTICE REGARDING MEDIATION** was prepared using Times New Roman 14-point font in accordance with LR 5.1C (N.D. Ga.).

This 12th day of September, 2019.

| | |
|---|---|
| /s/ Monica K. Gilroy<br>Monica K. Gilroy<br>Georgia Bar No. 427520 | /s/ Henry A. Turner<br>Henry A. Turner<br>Georgia Bar No. 719310<br>*Counsel for Plaintiff Erick Dennis* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERICK DENNIS, ) | |
| ) | |
| Plaintiff ) | No. 1:18-cv-2302 |
| vs. ) | |
| ) | |
| IDT CORPORATION and IDT ) | |
| TELECOM, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with LR 5.1A (N.D. Ga.), I have this date electronically filed the within and foregoing **NOTICE REGARDING MEDIATION** in the above-styled civil action with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 12th day of September, 2019.

/s/ Monica K. Gilroy
Monica K. Gilroy
Georgia Bar No. 427520

/s/ Henry A. Turner
Henry A. Turner
Georgia Bar No. 719310
*Counsel for Plaintiff Erick Dennis*