**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ERICK DENNIS,                          )
                                       )
        Plaintiff               )
vs.                                    )
                                       )     No. 1:18-cv-2302
IDT CORPORATION and IDT                )
TELECOM, INC.,                         )
                                       )
        Defendants.             )
_____)

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff Erick Dennis and Defendants IDT Corporation and IDT Telecom, Inc., by counsel, hereby notify the Court that they have reached a settlement of the above-captioned action. The Parties expect to finalize settlement and file papers dismissing the action within 60 days.

DATED: September 20, 2019                    Respectfully submitted,


/s/ Monica K. Gilroy                         /s/ Henry A. Turner
Monica K. Gilroy                             Henry A. Turner
Georgia Bar No. 427520                       Georgia Bar No. 719310

/s/ Travis A. Sabalewski                     *Counsel for Plaintiff Erick*
Travis A. Sabalewski                         *Dennis*
*Admitted Pro Hac Vice*

*Counsel for Defendants IDT Corporation
and IDT Telecom, Inc.*

## <u>FONT CERTIFICATION</u>

The undersigned counsel for Defendants IDT Corporation and IDT Telecom, Inc. certifies that the within and foregoing **NOTICE OF SETTLEMENT** was prepared using Times New Roman 14-point font in accordance with LR 5.1C (N.D. Ga.).

This 20th day of September, 2019.

/s/ Monica K. Gilroy                    
Monica K. Gilroy
Georgia Bar No. 427520

/s/ Henry A. Turner                    
Henry A. Turner
Georgia Bar No. 719310
*Counsel for Plaintiff Erick Dennis*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ERICK DENNIS, | ) | |
| | ) | |
| Plaintiff | ) | No. 1:18-cv-2302 |
| vs. | ) | |
| | ) | |
| IDT CORPORATION and IDT | ) | |
| TELECOM, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, in accordance with LR 5.1A (N.D. Ga.), I have this date

electronically filed the within and foregoing **NOTICE OF SETTLEMENT** in the

above-styled civil action with the Clerk of Court using the CM/ECF system, which

will automatically send email notification of such filing to all counsel of record.


This 20th day of September, 2019.

/s/ Monica K. Gilroy        /s/ Henry A. Turner
Monica K. Gilroy         Henry A. Turner
Georgia Bar No. 427520      Georgia Bar No. 719310
*Counsel for IDT Corporation*    *Counsel for Plaintiff Erick*
                 *Dennis*