# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIK DENNIS, individually and on behalf of all other persons similarly situated,<br><br>   *Plaintiff*,<br><br>VS.<br><br>IDT CORPORATION and IDT TELECOM, INC.,<br><br>   *Defendants* | CIVIL ACTION NO.<br><br>No. 1:18-CV-2302 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/* Henry A. Turner | /s/ Monica K. Gilroy |
| Henry A. Turner | Monica K. Gilroy |
| Georgia Bar No. 719310 | Georgia Bar No. 427520 |
| **TURNER LAW OFFICES, LLC** | **THE GILROY FIRM** |
| 403 W. Ponce de Leon Avenue, Suite 207 | 3780 Mansell Rd, Ste 140 |
| Decatur, Georgia 30030 | Alpharetta, GA 30022 |
| Telephone: (404) 378-6274 | Telephone: (770)-518-5515 |
| hturner@tloffices.com | Fax: (770) 518-5516 |
| | monica.gilroy@gilroyfirm.com |
| | |
| | *Attorneys for Defendants IDT Corporation and IDT Telcom, Inc.* |

*/s/ Jarrett L. Ellzey*
William Craft Hughes*
Jarrett L. Ellzey*
**HUGHES ELLZEY, LLP**
1105 Milford
Houston, Texas 77006
Phone (713) 554-2377
Fax (888) 995-3335
craft@hughesellzey.com
jarrett@hughesellzey.com
*Attorneys for Plaintiff*
    *Pro Hac Vice

## FONT CERTIFICATION

The undersigned counsel for Plaintiff, Erik Dennis certifies that the within and foregoing **STIPULATION OF DISMISSAL** was prepared using Times New Roman 14-point font in accordance the LR 5.IC (N.D. Ga).

This 31st day of October, 2019

| | |
|---|---|
| /s/Monica K. Gilroy_____ | /s/Henry A. Turner` |
| Monica K. Gilroy | Henry A. Turner |
| Georgia Bar No. 427520 | Georgia Bar No. 719310 |
| *Attorney for Defendants IDT Corporation and IDT Telecom, Inc.* | *Attorney for Plaintiff Erik Dennis* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIK DENNIS, individually and on behalf of all other persons similarly situated,<br><br>    *Plaintiff*,<br><br>VS.<br><br>IDT CORPORATION and IDT TELECOM, INC.,<br><br>    *Defendants* | CIVIL ACTION NO.<br><br>No. 1:18-CV-2302 |

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with LR 4.1A (M.D. Ga), I have this date electronically filed the within and foregoing STIPULATION OF DISMISSAL in the above-styled civil action with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 31st day of October, 2019

| | |
|---|---|
| */s/* Monica K. Gilroy_____<br>Monica K. Gilroy<br>Georgia Bar No. 427520<br>*Attorney for Defendants IDT Corporation and IDT Telecom, Inc.* | */s/* Henry A. Turner_____<br>Henry A. Turner<br>Georgia Bar No. 719310<br>*Attorney for Plaintiff Erik Dennis* |